IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**LINDSEY ALEXANDRIA HESS and**
**JENNIE JOYCE CLAYPOOLE,**

      Plaintiffs,

v.                              //       CIVIL ACTION NO. 1:18CV109
                                                 (Judge Keeley)

**UNITED STATES POSTAL SERVICE,**
an independent government agency;
**UNITED STATES OF AMERICA; and**
**LEROY RICHARD MUSGROVE, III,**

      Defendants.

<u>ORDER OF DISMISSAL</u>

    On September 12, 2018, the plaintiffs, Lindsey Alexandria Hess and Jennie Joyce Claypoole, filed a "Voluntary Dismissal Order," requesting the Court to dismiss their complaint without prejudice because it was prematurely filed (Dkt. No. 13). The Court construes this request as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(I), and **DISMISSES** this civil action without prejudice. It further **ORDERS** that it be terminated from the active docket.

      The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 13, 2018

                                              <u>/s/ Irene M. Keeley</u>
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE